## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN TRAYLOR, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:12-cv-01006-WWE Judge Warren W. Eginton |
| UNITED CASH SYSTEMS, INC. and McDONALD'S CORP., | ) ) ) | |
| Defendants. | ) | AUGUST 15, 2012 |

### AMENDED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of the United States Courts for the District of Connecticut, I, Alan Neigher, local counsel for Defendant United Cash Systems, LLC, hereby move this Court for an Order for admission *pro hac vice* for Derek W. Edwards, of the law firm of Waller Lansden Dortch & Davis, LLP, to appear as lead counsel for Defendant United Cash Systems, LLC in the above-captioned action.

Mr. Edwards is in good standing of the bar of the State of Tennessee there are no pending disciplinary proceedings against him in any state or federal court. An Affidavit of Mr. Edwards in support of this Motion is attached hereto as Exhibit 1. A Certificate of Good Standing for Mr. Edwards is attached hereto as Exhibit 2.

Pursuant to L.Civ. 2. 83.1(d)(1)(e), the sponsoring attorney, Alan Neigher of Byelas and Neigher, Federal I.D. No.: ct-00134 of 1804 Post Road East, Westport, CT 06880, telephone no.: 203/259-0599, facsimile no: 203/255-2570 and email aneigher@snet.net is designated as Mr. Edwards' agent for service of process, and the District of Connecticut as the forum for any dispute arising out of Mr. Edwards' admission.

Dated: August 15, 2012

9037939.2

Respectfully submitted,


_____/s/ Alan Neigher_____
Alan Neigher – # ct00134
1804 Post Road East
Westport, Connecticut  06880
Telephone:       (203) 259-0599
Facsimile:        (203) 255-2570
Email:             aneigher@snet.net

*Attorney for Defendant United Cash Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, a copy of the foregoing AMENDED MOTION FOR ADMISSION PRO HAC VICE was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Sergei Lemberg, Esq.
Lemberg & Associates, LLC
1100 Summer Street, Third Floor
Stamford, Connecticut  06905
Telephone:       (203) 653-2250
Facsimile:        (203) 795-3666
Email:             slemberg@lemberglaw.com

Donald E. Frechette, Esq.
Tara Lynn Trifon, Esq.
Edwards Wildman Palmer LLP
20 Church Street
20th Floor
Hartford, Connecticut  06103
Telephone:       (860) 525-5065
Facsimile:        (860) 527-1498
Email:             dfrechette@edwardswildman.com
                        ttrifon@edwardswildman.com


_____/s/ Alan Neigher_____
Alan Neigher – # ct00134

9037939.2

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHAWN TRAYLOR, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:12-cv-01006-WWE |
| | ) | Judge Warren W. Eginton |
| UNITED CASH SYSTEMS, INC. and McDONALD'S CORP., | ) ) ) | |
| Defendants. | ) | |

---

**AFFIDAVIT AND OATH OF DEREK W. EDWARDS**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

---

STATE OF TENNESSEE    )
                                       )
COUNTY OF DAVIDSON   )

DEREK W. EDWARDS, being first duly sworn, on oath deposes and states as follows:

1.    I submit this affidavit and oath in support of the accompanying motion seeking the Court's authorization for me to appear *pro hac vice* pursuant to Local Rule 83.1(d) as counsel for Defendant United Cash Systems, LLC in the above-captioned matter.

2.    I reside in Nashville, Tennessee. I am a partner with the firm of Waller Lansden Dortch & Davis, LLP located at Nashville City Center, 511 Union Street, Suite 2700, Post Office Box 198966, Nashville, Tennessee 37219-8966; telephone: (615) 244-6380; facsimile: (615) 244-6804 and email: Derek.edwards@wallerlaw.com.

3.    I am engaged in the full-time practice of law and have been licensed to practice in the State of Tennessee. I am a registered member in good standing of the Bar of the State of Tennessee. I was admitted to the Supreme Court of Tennessee on November 16, 2001. I was

admitted to the United States District Court for the Middle District of Tennessee on December 6,

2001.  In addition to the foregoing, I have been admitted to the following courts:

| | |
|---|---|
| U.S. Court of Appeals for the Sixth Circuit | June 24, 2002 |
| U.S. Court of Appeals for the Ninth Circuit | October 4, 2002 |
| | |
| Supreme Court for the State of California | December 5, 2000 |
| Supreme Court for the State of Tennessee | November 16, 2001 |
| | |
| U.S. District Court, Central District of California | June 4, 2002 – I.D. #210636 |
| U.S. District Court, Eastern District of California | April 8, 2011 - I.D. #210636 |
| U.S. District Court, Northern District of California | February 3, 2012- I.D. #210636 |
| U.S. District Court, Southern District of California | January 20, 2012- I.D. #210636 |
| | |
| U.S. District Court, Eastern District of Tennessee | May 22, 2002 – I.D. #021456 |
| U.S. District Court, Western District of Tennessee | March 6, 2002 – I.D. #021456 |
| | |
| U.S. District Court, Eastern District of Texas | February 27, 2012 |

4.     I have not been admitted or sought to be admitted *pro hac vice* in a trial or appellate

court of the State of Connecticut.  I have never been denied admission *pro hac vice* nor have I ever

had an admission *pro hac vice* revoked by any court in any jurisdiction.  I have never been

disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of

Tennessee, nor by any similar lawyer disciplinary agency or authority in any other jurisdiction.  No

disciplinary action or investigation concerning my conduct is pending before the Board of

Professional Responsibility of the Supreme Court of Tennessee, or before any similar lawyer

disciplinary agency or authority in any other jurisdiction.

5.     I have reviewed and am familiar with the Federal Rules of Civil Procedure, the

Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the

District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.     I have associated with Alan Neigher, Esq., 1804 Post Road East, Westport,

Connecticut 06880.

2

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and the foregoing rules and that I will support the Constitution of the United States.

DEREK W. EDWARDS

Sworn to and subscribed before me this 6th day of __August__, 2012.

Notary Public, State of Tennessee

My Commission Expires: __June 23, 2014__

STATE
OF
TENNESSEE
NOTARY
PUBLIC

My Commission Expires JUNE 23, 2014

# EXHIBIT 2



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle
District of Tennessee,

DO HEREBY CERTIFY that **DEREK W. EDWARDS** was duly admitted to practice in said
Court on **December 6, 2001**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on August 6, 2012



KEITH THROCKMORTON,  CLERK

By _____

Deputy Clerk

