**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHAWN TRAYLOR, *on behalf of himself and all others similarly situated*,<br><br>                        Plaintiff,<br>    v.<br><br>UNITED CASH SYSTEMS, LLC, and MCDONALD'S CORP.,<br><br>                        Defendants. | Civil Action No.: 3:12-cv-01006-WWE |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Shawn Traylor, by and through his undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, as to Defendant McDonald's Corp. only.

Dated: September 10, 2012

                                              Respectfully submitted,

                                              PLAINTIFF, Shawn Traylor

                                              /s/ Sergei Lemberg
                                              Sergei Lemberg, Esq.
                                              LEMBERG & ASSOCIATES L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on September 10, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Alan Neigher  
Byelas & Neigher  
1804 Post Rd East  
Westport, CT 06880  

Derek W. Edwards  
Waller Lansden Dortch & Davis, LLP - TN  
Nashvill City Center  
511 Union St., Suite 2700  
P.O. Box 198966  
Nashville, TN 37219-8966  

Donald E. Frechette  
Edwards Wildman Palmer LLP  
20 Church Street  
20th Floor  
Hartford, CT 06103  

Tara Lynn Trifon  
Edwards Wildman Palmer LLP  
20 Church Street  
20th Floor  
Hartford, CT 06103  

                                                                                        /s/ Sergei Lemberg  
                                                                                       Sergei Lemberg