## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN TRAYLOR, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:12-cv-01006 Judge Michael P. Shea |
| UNITED CASH SYSTEMS, LLC, and McDONALD'S CORP., | ) ) ) | |
| Defendant. | ) ) | |

---

## MOTION FOR ADMISSION *PRO HAC VICE*

---

Pursuant to Rule 83.1(d) of the Local Rules of the United States Court for the District of Connecticut, I, Alan Neigher, local counsel for Defendant United Cash Systems, LLC, hereby move this Court for an Order for admission *pro hac vice* for Christopher A. Driskill, of the law firm of Waller Lansden Dortch & Davis, LLP, to appear as co-counsel for Defendant United Cash Systems, LLC in the above-captioned action.

Mr. Driskill is in good standing of the Bar of the State of Alabama and there are no pending disciplinary proceedings against him in any state or federal court. An Affidavit of Mr. Driskill in support of this Motion is attached hereto as **Exhibit 1**. A Certificate of Good Standing for Mr. Driskill is attached hereto as **Exhibit 2**.

Pursuant to L. Civ. 2. 83.1(d)(1)(e), the sponsoring attorney, Alan Neigher of Byelas and Neigher, Federal I.D. No. ct-00134, of 1804 Post Road East, Westport, Connecticut 06880, telephone number (203) 259-0599, facsimile number (203) 255-2570, and email address aneigher@snet.net, is designated as Mr. Driskill's agent for service of process, and the District of Connecticut as the forum for any dispute arising out of Mr. Driskill's admission.

Error! Unknown document property name.

Dated:  August 5, 2014.

Respectfully submitted,


/s/Alan Neigher
Alan Neigher (#ct00134)
Byelas and Neigher
1804 Post Road East
Westport, Connecticut  06880
Telephone:     203.259.0599
Facsimile:      203.255.2570
Email:            aneigher@snet.net

*Attorneys for Defendant United Cash Systems, LLC*

Error! Unknown document property name.

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2014, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

Sergei Lemberg, Esq.
Lemberg & Associates, LLC
1100 Summer Street
Third Floor
Stamford, Connecticut  06905
Telephone:     203.653.2250
Facsimile:     203.795.3666
Email:          slemberg@lemberglaw.com


/s/Alan Neigher
Alan Neigher (#ct00134)
Byelas and Neigher
1804 Post Road East
Westport, Connecticut  06880
Telephone:     203.259.0599
Facsimile:     203.255.2570
Email:          aneigher@snet.net

*Attorneys for Defendant United Cash Systems, LLC*

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHAWN TRAYLOR, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:12-cv-01006 Judge Michael P. Shea |
| UNITED CASH SYSTEMS, LLC, and McDONALD'S CORP., | ) ) ) | |
| Defendant. | ) ) | |

AFFIDAVIT AND OATH OF CHRISTOPHER A. DRISKILL
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF JEFFERSON | ) |

CHRISTOPHER A. DRISKILL, being first duly sworn, on oath deposes and states as follows:

1.     I submit this affidavit and oath in support of the accompanying motion seeking the Court's authorization for me to appear *pro hac vice* pursuant to Local Rule 83.1(d) as counsel for Defendant United Cash Systems, LLC in the above-captioned matter.

2.     I reside in Birmingham, Alabama.  I am an associate with the firm of Waller Lansden Dortch & Davis, LLP located at 1901 Sixth Avenue North, Suite 1400, Birmingham, Alabama;  telephone: (205) 214-6380;  facsimile: (205) 214-8787, and email: chris.driskill@wallerlaw.com.

3.     I am engaged in the full-time practice of law and have been licensed to practice in the State of Alabama.  I am a registered member in good standing of the Bar of the State of

12047842.2

Alabama. I was admitted to the Supreme Court of Alabama on September 25, 2009. I was admitted to the United States District Court for the Northern District of Alabama on October 14, 2010. In addition to the foregoing, I have been admitted to the following courts:

| | |
|---|---|
| U.S. Court of Appeals for the Sixth Circuit | May 7, 2012 |
| U.S. District Court, Northern District of Alabama | October 14, 2010 |
| U.S. District Court, Middle District of Alabama | October 15, 2010 |
| U.S. District Court, Southern District of Alabama | October 18, 2010 |

4.      I have never been denied admission *pro hac vice* nor have I ever had an admission *pro hac vice* revoked by any court in any jurisdiction. I have never been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Alabama, nor by any similar lawyer disciplinary agency or authority in any other jurisdiction. No disciplinary action or investigation concerning my conduct is pending before the Board of Professional Responsibility of the Supreme Court of Alabama, or before any similar lawyer disciplinary agency or authority in any other jurisdiction.

5.      I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.      I have associated with Alan Neigher, Esq., 1804 Post Road East, Westport, Connecticut 06880.

12047842.2

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court uprightly and according to law and the foregoing rules and that I will support the Constitution of the United States.

_____
CHRISTOPHER A. DRISKILL

Sworn to and subscribed before me this 5th day of August, 2014.

_____
Notary Public, State of Alabama

My Commission Expires: _____  MY COMMISSION EXPIRES NOVEMBER 12, 2014

12047842.2

# EXHIBIT 2



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Christopher Allen Driskill has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Christopher Allen Driskill was admitted to the Alabama State Bar September 25, 2009.

I further certify that the said Christopher Allen Driskill is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2014.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 28th day of July, 2014.

*Keith B. Norman*
Keith B. Norman, Secretary



LAWYERS RENDER SERVICE